☒ FILED  ☐ LODGED

**Jul 05 2019**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Jon J Shoemaker #175421
Name and Prisoner/Booking Number

Eyeman complex, Meadows unit
Place of Confinement

P.O Box 3300
Mailing Address

Florence AZ, 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jon Jeffrey Shoemaker,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) C. ZAK     badge #8460,
(Full Name of Defendant)

(2) S. Rathjen   #8478,

(3) D. Walter    #8106,

(4) L. Rietz     #8503,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-4644-PHX-SRB-ESW
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Phoenix Police Dept. 0723

550/555

## B. DEFENDANTS

1. Name of first Defendant: __C. ZAK #8460__. The first Defendant is employed as: __Phoenix police officer__ at __Phoenix police Dept.__
   (Position and Title) (Institution)

2. Name of second Defendant: __S. RathJen #8478__. The second Defendant is employed as: __Phoenix police officer__ at __Phoenix police Dept.__
   (Position and Title) (Institution)

3. Name of third Defendant: __D. Walter #8106__. The third Defendant is employed as: __Phoenix police officer__ at __Phoenix police Dept.__
   (Position and Title) (Institution)

4. Name of fourth Defendant: __L. Rietz #8503__. The fourth Defendant is employed as: __Phoenix police officer__ at __Phoenix police Dept.__
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

EXHIBIT 1-A

5) M. Kurth #8377 Employed as: phoenix police officer at phoenix police Dept.

6) J. Cusson #7008 Employed as: phoenix police officer at Phoenix police Dept.

7) Any jane dows or john dows unknown to Plaintive, but known by Defendant involved in this case, CR# 2017-000429-001 DT Defendtils 7 up to 30 are Employed as officers of law by the phoenix police dept, Identified on Incident Report as PHOENIX POLICE SAU (Entry Team)

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>FIFTH AMENDMENT OF THE UNITED STATES CONSITUTION</u>.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendants served a NO KNOCK warrant on 7-6-2017 and in the process of serving this warrant in a malicious manner these police officers abused their authority and completly destroyed my house valued at 450K. The officers broke every window along with the plantation shutters, Every sliding glass door, all the flooring, tile, hardwood and carpet was either burnt up from compression bangs or seared from so much glass, after entry pried the front door from the inside, caved in ceiling Dry wall, Knocked out lights and even after the house was cleared and I was in custody they continued to break windows, When I asked why, they told me I was lucky they didn't drive there tank through my house. These officers abused there power + position to do 150K in damage to my house. These officers also did not serve the resident after all this damage and all of my belonging were later stolen. My family was then Homeless because the resident was not livable.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I lost my house & everything in it and my family was left homeless, the property was later sold as a distressed property for 1/2 its value. My loss is well over 200K.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I have been in county jail for 2 years with no access to this process, This complaint only became available to me a few weeks ago, now that I am in a state prison

3

## E. REQUEST FOR RELIEF

State the relief you are seeking: I am seeking Pecuniary property damages of $250,000 and I am seeking $500,000 for punitive damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7·5·2019
DATE

*Jon Shoemaker*
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.