Jon Jeffery Shoemaker #175421
_Name and Prisoner/Booking Number_

Eyman Complex - Meadows unit
_Place of Confinement_

P.O. Box 3300
_Mailing Address_

Florence, AZ 85132
_City, State, Zip Code_

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| ☒ FILED | ☐ LODGED |
|---|---|

**Oct 18 2019**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Jon Jeffery Shoemaker ,
_(Full Name of Plaintiff)_

                    Plaintiff,

v.

(1) C. ZAK     BADGE #8460 ,
_(Full Name of Defendant)_

(2) S. RATHJEN      #8478 ,

(3) D. WALTER      #8106 ,

(4) L. RIETZ      #8503 ,

continuation of Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV19-04644-PHX-SRB (ESW)
_(To be supplied by the Clerk)_

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demand.

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971).
    ☐ Other: _____ .

2.  Institution/city where violation occurred: New River, AZ 85342

Revised 3/11/16                                1                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _C. ZAK_ _#8460_. The first Defendant is employed
as: _Phoenix Police Officer_ at _Phoenix Police Dept_.
   (Position and Title)                          (Institution)

2. Name of second Defendant: _S. RATHJEN_ _#8478_. The second Defendant is employed as:
as: _Phoenix Police Officer_ at _Phoenix Police Dept_.
   (Position and Title)                          (Institution)

3. Name of third Defendant: _D. WALTER_ _#8106_. The third Defendant is employed
as: _Phoenix Police Officer_ at _Phoenix Police Dept_.
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: _L. RIETZ_ _#8503_. The fourth Defendant is employed
as: _Phoenix Police officers_ at _Phoenix Police Dept_.
   (Position and Title)                          (Institution)

Continuation ...

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

Continuation of B. DEFENDANTS

5) M. Kurth #8377 Employed as: Phoenix Police officer at Phoenix Police Dept. O723

6) J. Cusson #7008 Employed as: Phoenix Police officer

7) any John Dow or Jane Dow unknown to plaintive at this time, but known by Defendent, identified only as Phoenix Police Department (special assignment unit) Entry Team. When the true names of these officers are made availible to the plaintiff, plaintiff will then amend complaint to include the true names of additional Defendants. I preserve the right to amend when the true names of the "Special Entry Team" become availible to me.

8) et, al   Employed as Phoenix Police officers

2-A

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Constitutional Tort Violation of the Fourth Amendment</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Officer C. ZAK #8460 of the Phoenix Police Dept served a search warrant at 4529 W. Judson Dr. on July 6, 2017 at 2130 hours, in the course of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house. He broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression bangs or scarred from so much glass. He pried the front door open from the inside, after he had entered the house, he caved in the ceiling drywall and knocked out lights. Even after the house was cleared and I was in custody, this officer continued to break windows and lights, I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window and every door, along with all 4 sliding glass doors were broken, the officer did not secure the residence, stating he was already on over time, but instead would release Brandi DeVriter back to the residence who suffers from schizophrenia and is not the home owner, he thought this was funny. The house was in no way liveble, my wife and I were left homeless and every single thing in my 4800 sq foot home was stolen because this officer did not secure the home. Ultimately I had to sell my home as a distressed property for ½ value.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Because of the unreasonable and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely destroyed and left unliveble, leaving my wife and I homeless. Everything inside the house was later stolen because the officer did not secure the residence.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Constitutional Tort</u> <u>Violation of the Fourth Amendment</u>.

2. **Count I.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail               ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion     ☐ Retaliation
   ☒ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

<u>Officer R. Rathjen #8478 of the Phoenix Police Dept.</u>
<u>served a search warrant at 4529 W. Judson Dr. on July 6, 2017 at 2130 hours, in the course</u>
<u>of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary</u>
<u>to execute a warrant effectively. This officer acted in a manner that abused his authority</u>
<u>by completely destroying my house, He broke windows, plantation shutters, sliding glass</u>
<u>doors, the cutting open of furniture with box cutters, the flooring was either burned from</u>
<u>compression bangs or scarred from so much glass. He pried the front door open from the</u>
<u>inside, after he had entered the house, he caved in the ceiling drywall and knocked out</u>
<u>lights, Even after the house was cleared and I was in custody, this officer continued to</u>
<u>break windows and lights, I asked officers why they were doing all this damage, he said</u>
<u>I was lucky he didn't drive the TANK through the middle of my home. After every window</u>
<u>and every door, along with all 4 sliding glass doors were broken, the officer did</u>
<u>not secure the residence, stating he was already on over time, but instead would</u>
<u>release Brandi Deruiter back to the residence who suffers from schizophrenia and is not the</u>
<u>home owner, he thought this was funny. The house was in no way livable, my wife and I</u>
<u>were left homeless and every single thing in my 4000 sq foot home was stolel because this</u>
<u>officer did not secure the home. Ultimately I had to sell my home as a distressed property for ½ value.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
<u>Because of the unreasonable and unnecessarily destructive behavior, beyond that</u>
<u>necessary to execute a warrant effectively by this officer, my home was completely</u>
<u>Destroyed and left unliveable, leaving my wife and I homeless. Everything inside the</u>
<u>house was later stolen because the officer did not secure the residence.</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                         ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?        ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: _Constitutional Tort violation of the Fourth Amendment_.

2.   **Count I.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☒ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

Officer D. Walter #8106 of the Phoenix Police Dept.
Served a search warrant at 4529 W. Judson Dr. on July 6, 2017 at 2130 hours, in the course of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house, He broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression bangs or scarred from so much glass. He pried the front door open from the inside, after he had entered the house, he caved in the ceiling drywall and knocked out lights, Even after the house was cleared and I was in custody, this officer continued to break windows and lights. I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window and every door, along with all 4 sliding glass doors were broken, the officer did not secure the residence, stating he was already on over time, but instead would release Brandi Deruiter back to the residence who suffers from schizophrenia and is not the home owner, he thought this was funny. The house was in no way liveable, my wife and I were left homeless and every single thing in my 4000 sq foot home was stolen because this officer did not secure the home. Ultimately I had to sell my home, as a distressed property for ½ value.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
Because of the unreasonable and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely Destroyed and left unliveable, leaving my wife and I homeless. Everything inside the house was later stolen because the officer did not secure the residence.

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No
   b.   Did you submit a request for administrative relief on Count I?     ☐ Yes    ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?     ☐ Yes    ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Constitutional Tort violation of the Fourth Amendment .

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   ☐ Basic necessities            ☐ Mail              ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion      ☐ Retaliation
   ☒ Excessive force by an officer ☐ Threat to safety  ☐ Other: .

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Officer L. Rietz #8503 of the Phoenix Police Dept. Served a search warrant at 4529 W. Judson Dr. on July 6, 2017 at 2130 hours, in the course of doing so acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house. He broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression bangs or scarred from so much glass. He pried the front door open from the inside, after he had entered the house, he caved in the ceiling drywall and knocked out lights, Even after the house was cleared and I was in custody, this officer continued to break windows and lights, I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window and every door, along with all 4 sliding glass doors were broken, the officer did not secure the residence, stating he was already on over time, but instead would release Brandi DeWitt back to the residence who suffers from schizophrenia and is not the home owner, he thought this was funny. The house was in no way livable, my wife and I were left homeless and every single thing in my 4600 sq foot home was stolen because this officer did not secure the home. Ultimately I had to sell my home as a distressed property for ½ value.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Because of the unreasonable and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely destroyed and left unlivable, leaving my wife and I homeless. Everything inside the house was later stolen because the officer did not secure the residence.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                        ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?            ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. .

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _Constitutional Tort_
_Violation of the Fourth Amendment_ .

2. **Count I**.  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Officer M. Kurth #8377 of the Phoenix Police Dept. Served a search warrant at 4529 W. Judson Dr, on July 6, 2017 at 2130 hours, in the course of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house, He broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression bangs or scarred from so much glass. He pried the front door open from the inside, after he had entered the house, he caved in the ceiling drywall and knocked out lights, Even after the house was cleared and I was in custody, this officer continued to break windows and lights, I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window and every door, along with all 4 sliding glass doors were broken, the officer did not secure the residence, stating he was already on over time, but instead would release Brandi DeRuiter back to the residence who suffers from schizophrenia and is not the home owner, he thought this was funny. The house was in no way liveable, my wife and I were left homeless and every single thing in my 4000 sq foot home was stolen because this officer did not secure the home. Ultimately I had to sell my home as a distressed property for 1/2 value.

4. **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

Because of the unreasonable and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely Destroyed and left unliveable, leaving my wife and I homeless. Everything inside the house was later stolen because the officer did not secure the residence.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3-D

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Constitutional Tort violation of the Fourth Amendment .

2. **Count I.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   J. Cusson #7008  of the Phoenix Police Dept. Served a search warrant at 4524 W. Judson Dr. on July 6, 2017 at 2130 hours, in the course of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house. He broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression bangs or scarred from so much glass. He pried the front door open from the inside, after he had entered the house, he caved in the ceiling drywall and knocked out lights, even after the house was cleared and I was in custody, this officer continued to break windows and lights. I was told officers say they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window and every door, along with all 4 sliding glass doors were broken, the officer did not secure the residence, stating he was already on over time, but instead would release Brandi Deruiter back to the residence who suffers from schizophrenia and is not the home owner, he thought this was funny. The house was in no way liveable, my wife and I were left homeless and every single thing in my 4000 sq foot home was stole because this officer did not secure the home. Ultimately I had to sell my home as a distressed property for ½ value.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   Because of the unreasonable and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely Destroyed and left unlivable, leaving my wife and I homeless. Everything inside the house was later stolen because the officer did not secure the residence.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Constitutional Tort Violation of the Fourth Amendment

2.  **Count I**.  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☒ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

et, al of the Phoenix Police Dept. served a search warrant at 4529 W. Julson Dr. on July 6, 2017 at 2130 hours, in the course of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house, He broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression bangs or scarred from so much glass. He pried the front door open from the inside, after he had entered the house, he caved in the ceiling drywall and knocked out lights, Even after the house was cleared and I was in custody, this officer continued to break windows and lights, I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window and every door, along with all 4 sliding glass doors were broken, the officer did not secure the residence, stating he was already on over time, but instead would release Brandi Dewites back to the residence who suffers from Schizophrenia and is not the home owner, he thought this was funny. The house was in no way livable, my wife and I were left homeless and every single thing in my house was sent home was stolen because this officer did not secure the house. Ultimately I had to sell my home as a distressed property for 1/2 value.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
Because of the unreasonable and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely Destroyed and left unlivable, leaving my wife and I homeless. Everything inside the house was later stolen because the officer did not secure the residence.

5.  **Administrative Remedies:**
a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
b.  Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
c.  Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT II**

1. State the constitutional or other federal civil right that was violated: <u>Constitutional Tort</u>
<u>Violation of the Forth Amendment</u>

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: <u>Excessive or unnecessary destruction</u> <u>of Property</u>
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. <u>Officer C. ZAK #8460 of the Phoenix Police Dept</u>
<u>Served a search warrant at 4529 W. Tucson DR. on July 6, 2017 at 230 hours, in the course of doing</u>
<u>so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a</u>
<u>warrant effectively. This officer acted in a manner that abused his authority by completely destroying</u>
<u>my house. This officer broke windows, plantation shutters, sliding glass doors, the cutting open of</u>
<u>furniture with box cutters, the flooring was either burned from compression bangs or scarred</u>
<u>from so much broken glass. The officer pried the front door open from the inside, after</u>
<u>he had entered the house. The officer caved in the ceiling drywall and knocked out lights, even</u>
<u>after the house was cleared and I was in custody, this officer continued to break windows</u>
<u>and lights, when I asked officers why they were doing all this damage, he said I was</u>
<u>lucky he didn't drive the Tank through the middle of my home. After every window, every</u>
<u>door and all 4 sliding glass doors were broken, the officer did not secure the residence,</u>
<u>saying he was already on overtime, but instead would release Brandi Derwiler back to</u>
<u>the residence who suffers from schizophrenia and is not the home owner. The officer</u>
<u>seemed to think this was funny. The house was in no way livable, my wife and I were</u>
<u>left homeless and every single thing in my 4000 sq foot home was stolen because this officer</u>
<u>did not secure the residence. Ultimately I had to sell my home as a distressed property</u>
<u>for 1/2 it's value, losin well over 200k from all this damage at No fault of my own.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
<u>Because of the unreasonable search and unnecessarily destructive behavior, beyond that</u>
<u>necessary to execute a warrant effectively by this officer, my home was completely</u>
<u>Destroyed and left unlivable, leaving my wife and I homeless, every thing inside the</u>
<u>house was later stolen because the officer did not secure the residence.</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT II**

1. State the constitutional or other federal civil right that was violated: <u>Constitutional Tort</u>
<u>Violation of the Forth Amendment</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Excessive or unnecessary destruction of Property</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. <u>Officer S. Rathjen #8478 of the Phoenix Police Dept</u>
<u>Served a search warrant at 4529 W. Judson DR on July 6, 2017 at 2130 hours, in the course of doing</u>
<u>so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a</u>
<u>warrant effectively. This officer acted in a manner that abused his authority by completely destroying</u>
<u>my house. This officer broke windows, plantation shutters, sliding glass doors, the cutting open of</u>
<u>furniture with box cutters, the flooring was either burned from compression hangs or scarred</u>
<u>from so much broken glass. The officer pried the front door open from the inside, after</u>
<u>he had entered the house. The officer caved in the ceiling drywall and knocked out lights, even</u>
<u>after the house was cleared and I was in custody, this officer continued to break windows</u>
<u>and lights, when I asked officers why they were doing all this damage, he said I was</u>
<u>lucky he didn't drive the TANK through the middle of my home. After every window, every</u>
<u>door and all 4 sliding glass doors were broken, the officer did not secure the residence,</u>
<u>saying he was already on over-time, but instead would release Brandi Deimier back to</u>
<u>the residence who suffers from schizophrenia and is not the home owner, The officer</u>
<u>seemed to think this was funny. The house was in no way livable, my wife and I were</u>
<u>left homeless and every single thing in my 4000 sq foot home was stolen because this officer</u>
<u>did not secure the residence. Ultimately I had to sell my home as a distressed property</u>
<u>for ½ it's value, losin well over 200k from all this damage at No fault of my own,</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
<u>Because of the unreasonable search and unnecessarily destructive behavior, beyond that</u>
<u>necessary to execute a warrant effectively by this officer, my home was completely</u>
<u>Destroyed and left unlivable, leaving my wife and I homeless. Every thing inside the</u>
<u>house was later stolen because the officer did not secure the residence.</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4 – A

## COUNT II

1. State the constitutional or other federal civil right that was violated: Constitutional Tort Violation of the Forth Amendment

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Excessive or unnecessary destruction of Property

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Officer D. Walter #8106 of the Phoenix Police Dept Served a Search warrant at 4829 W. Jackson DR, on July 6, 2017 at 0330 hours, in the course of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house. This officer broke windows, plantation shutters, Sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression hangs or scarred from so much broken glass. The officer pried the front door open from the inside, after he had entered the house. The officer caved in the ceiling drywall and knocked out Lights, even after the house was cleared and I was in custody, this officer continued to break windows and lights, when I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of it, humm. After every window, every door and all 4 sliding glass doors were broken, the officer did not secure the residence saying he was already on over time, but instead would release Brandi Deruiter back to the residence who suffers from schizophrenia and is not the home owner. The officer Seemed to think this was funny. The house was in no way livable, my wife and I were left homeless and every single thing in my house that home was stolen because this officer did not secure the residence. Ultimately I had to sell my home as a distressed property for ½ it's value, losin well over 200K from all this damage at No fault of my own.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Because of the unreasonable search and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely Destroyed and left unlivable, leaving my wife and I homeless, every thing inside the house was later stolen because the officer did not secure the residence.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT II**

1. State the constitutional or other federal civil right that was violated: Constitutional Tort Violation of the Forth Amendment

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: Excessive or unnecessary destruction of Property

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Officer L. Rietz #8503 of the Phoenix Police Dept. Served a search warrant at 4529 W. Tucson Dr, on July 6, 2017 at 230 hours, in the course of doing so, acted in a malicious, unnecesserily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house. This officer broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression bangs or scarred from so much broken glass. The officer pried the front door open from the inside, after he had entered the house. The officer caved in the ceiling drywall and knocked out lights, even after the house was cleared and I was in custody, this officer continued to break windows and lights. When I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window, every door and all 4 sliding glass doors were broken, the officer did not secure the residence, saying he was already on overtime, but instead would release Brandi Dervitez back to the residence who suffers from schizophrenia and is not the home owner. The officer seemed to think this was funny. The house was in no way livable. My wife and I were left homeless and every single thing in my 4000 sqfoot home was stolen because this officer did not secure the residence. Ultimately I had to sell my home as a distressed property for ½ it's value, losin well over 200k from all this damage at no fault of my own.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Because of the unreasonable search and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely destroyed and left unlivable, leaving my wife and I homeless. Every thing inside the house was later stolen because the officer did not secure the residence.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _Constitutional Tort Violation of the Forth Amendment_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion       ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: _Excessive or unnecessary destruction of Property_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _Officer M. Kurth #8377 of the Phoenix Police Dept Served a Search warrant at 4529 W. Tulson Dr on July 6, 2017 at 230 hours, in the course of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house. This officer broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression bangs or scarred from so much broken glass. The officer pried the front door open from the inside, after he had entered the house. The officer caved in the ceiling drywall and knocked out lights, even after the house was cleared and I was in custody, this officer continued to break windows and lights, when I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window, every door and all 4 sliding glass doors were broken, the officer did not secure the residence, saying he was already on overtime, but instead would release Brandi Devriter back to the residence who suffers from schizophrenia and is not the home owner, The officer seemed to think this was funny. The house was in no way livable, my wife and I were left homeless and every single thing in my 4000 sq foot home was stolen because this officer did not secure the residence. Ultimately I had to sell my home as a distressed property for ½ it's value, losin well over 200k from all this damage at no fault of my own._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). _Because of the unreasonable search and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home, was completely destroyed and left unlivable, leaving my wife and I homeless. Every thing inside the house was later stolen because the officer did not secure the residence._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                              ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?        ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: _Constitutional Tort Violation of the Forth Amendment_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: _Excessive or unnecessary destruction of Property_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _Officer J. Gusson #7008 of the Phoenix Police Dept served a search warrant at 4529 W. Tulsan Dr on July 6, 2017 at 230 hours, in the course of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house. This officer broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression bangs or scarred from so much broken glass. The officer pried the front door open from the inside, after he had entered the house. The officer caved in the ceiling drywall and knocked out lights, even after the house was cleared and I was in custody, this officer continued to break windows and lights, when I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window, every door and all 4 sliding glass doors were broken, the officer did not secure the residence, saying he was already on overtime, but instead would release Brandi Dervier back to the residence who suffers from schizophrenia and is not the home owner. The officer seemed to think this was funny. The house was in no way livable, my wife and I were left homeless and every single thing in my 4000 sq foot home was stolen because this officer did not secure the residence. Ultimately I had to sell my home as a distressed property for ½ it's value, losing well over 200k from all this damage at no fault of my own._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_Because of the unreasonable search and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely destroyed and left unlivable, leaving my wife and I homeless. Everything inside the house was later stolen because the officer did not secure the residence._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: Constitutional Tort Violation of the Forth Amendment.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Excessive or unnecessary destruction Of Property

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Et, al of the Phoenix Police Dept Served a search warrant at 4529 W. Tulson DR on July 6, 2017 at 230 hours, in the course of doing so, acted in a malicious, unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively. This officer acted in a manner that abused his authority by completely destroying my house. This officer broke windows, plantation shutters, sliding glass doors, the cutting open of furniture with box cutters, the flooring was either burned from compression hangs or scarred from so much broken glass, The officer pried the front door open from the inside, after he had entered the house. The officer caved in the ceiling drywall and knocked out lights, even after the house was cleared and I was in custody, this officer continued to break windows and lights, when I asked officers why they were doing all this damage, he said I was lucky he didn't drive the TANK through the middle of my home. After every window, every door and all 4 sliding glass doors were broken, the officer did not secure the residence, saying he was already on overtime, but instead would release Brandi Deruiter back to the residence who suffers from schizophrenia and is not the home owner, The officer seemed to think this was funny. The house was in no way livable, my wife and I were left homeless and every single thing in my 4000 sq foot home was stolen because this officer did not secure the residence. Ultimately I had to sell my home as a distressed property for ½ it's value, losin well over 200K from all this damage at no fault of my own.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Because of the unreasonable search and unnecessarily destructive behavior, beyond that necessary to execute a warrant effectively by this officer, my home was completely Destroyed and left unlivable, leaving my wife and I homeless. Every thing inside the house was later stolen because the officer did not secure the residence.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: _Constitutional Tort Violation of the Forth Amendment_

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Battery_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _John Dow of the Phoenix Police Dept (SAU) Entry Team et, al Served a search warrant at 4529 W. Judson Dr, on July 6, 2017 at 2170 hours, after officers made entry into the residence, I was instructed to walk backwards with my hands above my head, exiting through the front entrance of the house, I was then told to stop when I reached the front porch, I did exactly as the officer instructed and was compliant in every way. As I stood on the front porch with my hands in the air and this officer at my back, I waited for the officer to place me in cuffs but instead with no warning he lifted me off my feet and slammed me face first onto the concrete, he then placed me in cuffs behind my back and stood me to my feet, then with this officer at my back he reached around the side of my head used Excessive force, Violence and committed battery by forcing his finger repetitivly into my ear canal as deep and hard as he could inflicting serious injury to my eardrum, the officer then laced his arm between my arms and the handcuffs in order to gain as much leverage as possible, then with a whole lot of force the officer pulled my hands in an upward motion toward the back of my head, this caused tearing in both rotator cuffs in my shoulders. The pain was so great I could only stand in a fetal position, the officer then applied even more pressure, while he forced me to walk down the center of the street in a fetal positition with him forcing my cuffed hands toward my head, this continued for about 20 yards with all my niegbors watching. Another officer saw this battery taking place and came over and warned him that the body cams were rolling, he then took custody of me and apoligized for the officers actions._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _I have suffered permanent hearing loss in one of my ears as well as Tinnitus. I also have tears in both my rotator cuffs, limiting my range of motion in both of my arms due to the daily pain I have in my shoulders. Surgery is required to correct this injury._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

**COUNT _IIII_**

1. State the constitutional or other federal civil right that was violated: Constitutional Tort Violation of the Forth Amendmet

2. **Count** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count_____ Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. John Doe of the Phoenix Police Dept (SAU) Entry Team et, al. Served a search warrant at 4529 W. Tuckson Dr. on July 6, 2017 at 2130 hours, after officers made entry into the residence, I was instructed to walk backwards with my hands above my head, exiting through the front entrance of the house, I was then told to stop when I reached the front porch, I did exectly as the officer instructed and was compliant in every way, as I stood on the front porch with my hands in the air, with this officer at my back, I waited for the officer to place me in cuffs, but instead with no warning he used excessive force by lifting me off my feet and slammed me face first onto the concrete, he then placed me in cuffs behind my back and stood me to my feet, then with this officer still at my back, he reached around my head using excessive force, violence, and battery by forcing his finger repetitively into my ear canal as deep and hard as he could inflicting serious injury to my eardrum, this officer then laced his arm between my arms and the handcuffs in order to gain as much leverage as possible, then with a whole lot of force the officer pulled my hands in an upward motion toward the back of my head, this caused tearing in both rotator cuffs in my shoulders. The pain was so great I could only stand in a fetal position, the officer then applied even more pressure to my shoulders while he forced me to walk down the street in a fetal position with him forcing the over rotation of my shoulders, this continued for about 20 yards with all my nieghbors watching, Another officer saw this battery taking place and came over and warned this officer that the body cams were rolling, he then took custody of me the offending officer and apoligized for his actions.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I have suffered permanent hearing loss in one of my ears as well as Tinnitus. I also have tears in both my rotater cuffs, limiting my range of motion in both of my arms due to the daily pain I suffer in both of my shoulders. Surgery is required to correct this injury.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count_____ ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

1) I am seeking relief For: Physical Damages

2) I am seeking relief for: Punitive Damages

3) I am seeking relief For: Property Damages

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10 - 14 - 19___
DATE

_Jon Shoemaker_
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

Case 2:19-CV-04644-SRB--ESW

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jon Jeffery Shoemaker,

     Plaintiff,

V.

C. Zak, et al.,

     Defendants,

# MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C § 1915(e)(1) plaintiff (or plaintiffs) moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library, no computer access and no knowledge of the law.

3) Plaintiff's imprisonment will make it impossible to receive or view evidence such as officers body cam footage. Plaintiff's imprisonment will also make it very difficult, because of security reasons, to receive the true names of the additional officers involved in this matter, only known to plaintiff as Phoenix Police Department (special assignment unit) Entry Team.

4) A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

10/14/19

Jon Shoemaker
Jon Shoemaker

Jon Shoemaker, Doc #175421
ASPC- Florence/Eyman-Meadows Unit
P.O. Box 3300    Florence, AZ 85132

2 of 2